Rec'd 6.13.19
Proc. Serv. (LT) 1:36 P.M.

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MONET JONES<br>1310 L St NW<br>Suite 750<br>Washington DC 20005<br><br>         Plaintiff<br>    v.<br><br>WASHINGTON AREA METRO<br>TRANSIT AUTHORITY<br>600 5th Street NW<br>Washington DC 20001<br><br>UNKNOWN BUS DRIVER<br>Individual and professional capacity<br>Washington Area Metro Transit Authority<br>Metro Transit Police<br>600 5th Street NW<br>Washington DC 20001<br><br>         Defendants. | CIVIL CASE NO. 2019 CA 003037 B<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

(Assault & Battery; Intentional Infliction of Emotional Distress;
Negligence; Negligent Hiring, Training, and Supervision of its Bus operators;
Vicariously liable for Assault, Battery, and infliction of emotional distress)

### INTRODUCTION

1. This is a civil action for acts in negligence and intentional misconduct by Washington Area Metro Transit Authority (WMATA) bus operator.

### JURISDICTION AND VENUE

2. Jurisdiction exists in this case pursuant to D.C. code § 11-921 (1981).

1

EXHIBIT A

3. Venue is proper in this Court, because the events took place in the District of Columbia.

## PARTIES

4. Plaintiff is a resident of the District of Columbia. She has been residents of the District of Columbia during the time relevant to this civil action.

5. Defendant Washington Area Metro Transit Police is located in the District of Columbia. The Washington Metropolitan Area Transit Authority (WMATA) is a tri-jurisdictional government agency that operates transit service in the Washington metropolitan area. WMATA was created by the United States Congress as an interstate compact between the District of Columbia, the State of Maryland, and the Commonwealth of Virginia. WMATA has its own police force, the Metro Transit Police Department.

6. Defendant, bus operator, was employed at all times relevant herein by WMATA and is being sued in his official and individual capacities.

## STATEMENT OF FACTS

7. On May 7th, 2018, in the District of Columbia, plaintiff was on her way home from visiting her grandparents.

8. At about 8:15 PM, she was waiting for the bus #54, at the bus stop on 14th & Underwood Street. Bus #54 typically comes every 10 minutes.

9. Ms. Jones, a young college student, was carrying her purse, a Sephora store bag, her phone, and a water bottle.

10. The bus driver, nearly missed her stop. Ms. Jones had to wave her hands for him to

EXHIBIT A

stop the bus.

11. Once Ms. Jones got on the bus, the bus driver cursed at her while she was paying.

12. She took a seat, continued to speak with her friend on the telephone, using her headphones.

13. The bus driver continued to badger her using loud and abrasive tone of voice.

14. Ms. Jones was headed towards Takoma Park Metro, where she needed to take the F2 bus to go home.

15. When the bus arrived at Takoma Metro Station, Ms. Jones exited the bus and went to wait for the next bus at the stop designated for bus F2.

16. She noticed the bus driver got out of the bus and started to walk towards her. He was saying something and quickly moving towards her.

17. Ms. Jones was drinking water, and when he got close to her, she started to panic and become afraid for her life, she splattered water towards where the bus driver was to warn him not to come any closer.

18. Ms. Jones is petite and very slender young woman, while the bus driver twice her size, barreled towards her, Ms. Jones was afraid for her safety.

19. The Metro Transit bus driver attacked and assaulted Ms. Jones, while using profanity towards her, and calling her derogatory names.

20. The bus driver picked up Ms. Jones and slammed her head onto the sidewalk causing contusions and bleeding.

21. Ms. Jones was treated at Washington Hospital Center. Ms. Jones has sustained physical and emotional damages.

EXHIBIT A

## COUNT I

### Assault & Battery

22. Plaintiff incorporates, by reference paragraphs 1 through 21, as fully set forth herein.

23. The WMATA bus operator, willfully and maliciously assaulted, battered, and traumatized Ms. Jones when he cursed at her, when he raised his voice at her, and when he slammed her head on the concrete.

24. As a direct and proximate result of the willful, malicious and intentional actions, of defendant, the plaintiff as assaulted and battered and suffered injuries as a result thereof.

## COUNT II

### Wonton, Willful and Reckless, Gross Negligence

25. Plaintiff incorporates, by reference, paragraphs 1-24 as is fully set forth herein.

26. On May 7, 2018 defendant bus operator, purposefully parked his bus, exited the bus, came after plaintiff, a defenseless young lady, picker her up and slammed her onto the concrete.

27. Defendant acted willfully and with reckless disregard to the safety of Ms. Jones, causing her harm.

28. Defendant acted with gross negligence when he attacked Ms. Jones and slammed her onto the concrete.

29.  Defendant acted willfully and unlawfully.

30. Defendant acted willfully and in gross negligence when he attacked Ms. Jones.

31. As a direct and proximate result of defendant's gross negligence plaintiff has suffered and continues to suffer, physically and emotionally.

EXHIBIT A

## COUNT IV

### Negligent Supervision
### Respondeat Superior

32. Plaintiff hereby incorporates, by reference paragraphs above as if fully set forth herein.

33. At all times relevant herein, the bus operator was acting under the direction and control of WMATA pursuant to the rules, regulations, policies and procedures, of the defendants.

34. Defendant acted negligently, carelessly and recklessly in failing to properly train, supervise, control, direct and monitor the defendant but operator.

35. As a direct and proximate result of the acts and omissions of defendant plaintiff was unlawfully assaulted, battered, and subjected to emotional trauma and anguish. As a result, plaintiff suffered physical injuries, mental anguish and emotional distress.

## COUNT V

### Intentional Infliction of Emotional Distress

36. Plaintiff hereby incorporates, by reference paragraphs above as if fully set forth herein.

37. At all times relevant herein, the bus operator engaged in extreme or outrageous conduct, with the intent to harm the plaintiff, and caused severe emotional distress and bodily harm.

38. Defendant acted intentionally in harming and causing harm to the plaintiff. As a result, plaintiff has suffered physical injuries, mental anguish and emotional distress.

EXHIBIT A

## COUNT VI

### Negligent Infliction of Emotional Distress

39. Plaintiff hereby incorporates, by reference paragraphs above as if fully set forth herein.

40. At all times relevant herein, the bus operator and WMATA employees engaged in extreme or outrageous conduct, with the intent of frightening the plaintiff and caused severe emotional distress and bodily harm.

41. Defendant acted intentionally in harming and causing harm to the plaintiff. As a result, plaintiff suffered physical injuries, mental anguish and emotional distress.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request that this Court:

A. RULE that Defendants' actions violated Plaintiffs' rights;

B. ENTER JUDGEMENT awarding Plaintiffs compensatory damages against all defendants in an amount appropriate to the evidence adduced at trial;

C. ENTER JUDGEMENT awarding Plaintiffs punitive damages against defendants named herein;

D. ENTER JUDGEMENT awarding plaintiffs their costs and reasonable attorneys' fees in this action;

E. GRANT Plaintiffs such further relief as this Court may deem just and proper.

EXHIBIT A

## Jury Demand

The plaintiffs demand a trial by jury on all issues.

Respectfully submitted,

/s/ S. Sarah Shah
S. Sarah Shah (DC Bar # 995094)
1310 L Street NW
Suite 750
Washington DC 20005
202-450-1059

May 7, 2019

Counsel for Plaintiff

EXHIBIT A